UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 JAN 17 PM 3:35

UNITED STATES OF AMERICA,

Plaintiff

vs.

Erin Nicole Tovar

Defendant(s)

CRIMINAL NO. 08CR0151-IEG 07mj 2941

ORDER

RELEASING MATERIAL WITNESS

Booking No. 06764298

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Daniel Ramirez-Serrano

DATED: 1-17-08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ____________________
**DUSM**

**OR**

**W. SAMUEL HAMRICK, JR. Clerk**

**by** ____________________
**Deputy Clerk**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

✩ U.S. GPO: 2003-581-774/70082