UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JAN 17 PM 11:34

UNITED STATES OF AMERICA,

Plaintiff

vs.

Erin Nicole Tovar

Defendant(s)

CRIMINAL NO. 08CR0151-IEG 07mj2941

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Romualdo Aranda-Bahena

DATED: 1-17-08

**William McCurine, Jr.**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ____________________ **DUSM**

**OR**

**W. SAMUEL HAMRICK, JR. Clerk**

**by** [signature]

**Deputy Clerk**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

✩ U.S. GPO: 2003-581-774/70082